FILED: July 31, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4300
(3:12-cr-00602-CMC-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

GREGORY LAMONT RAWLS, a/k/a G, a/k/a Bobby

    Defendant - Appellant

_____

O R D E R

_____

The government has filed a motion to dismiss based on the appeal waiver contained in appellant's plea agreement. The court defers consideration of the motion to dismiss pending the filing of appellant's opening brief and, if counsel files an <u>Anders</u> brief, pending the filing of any <u>Anders</u> pro se brief.

Filing of the government's brief is suspended pending further order of the court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk